der, and also by striking from said order the requirement that the defendant produce the books, documents, etc. No costs of appeal.

GLOVER v. NATIONAL BANK OF COMMERCE IN NEW YORK. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Laura Glover, as administratrix, etc., against the National Bank of Commerce in New York. No opinion. Motion denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1113.

GOLDBERG, Respondent, v. FIRST NAT. BANK OF BROOKLYN, Appellant. (Supreme Court, Appellate Division. Second Department. May 14, 1915.) Action by Schalam Goldberg against the First National Bank of Brooklyn, New York. No opinion. Judgment and order affirmed, with costs.

GOLDBERG v. GEORGIA BLDG. CO. et al. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Isaak Goldberg against the Georgia Building Company and others, wherein the Vernewl Realty & Construction Company appeals. No opinion. Judgment and order of the county clerk of Kings county affirmed, with costs.

GOLDREYER v. SHALITA. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Sussman Goldreyer against Morris Shalita. No opinion. Application denied, with $10 costs. Orders signed. See, also, 152 N. Y. Supp. 1002.

GOLDSTEIN, Respondent, v. FEDERAL MAIL & GENERAL EXPRESS CO., Appellant. (Supreme Court, Appellate Division, First Department. May 21, 1915.) Action by Isidore Goldstein, an infant, etc., against the Federal Mail & General Express Company. S. Saltzman, of New York City, for appellant. R. D. Fuller, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless respondent stipulates to reduce verdict to the sum of $2,500, in which event the judgment, as so reduced, and the order appealed from, are affirmed, without costs. Settle order on notice.

GOODCHILD, Respondent, v. MOLINE PLOW CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Richard S. Goodchild against the Moline Plow Company.

PER CURIAM. It was for the jury to say whether or not Byington was negligent in giving his order to start the planer going, with the possibility of exposing plaintiff to being struck by the loose belting. The verdict in favor of plaintiff on this issue we cannot set aside as against the weight of evidence. Defendant's responsibility for Byington's acts also depended on a question of law and fact, whether in the regulation and readjustment of the planer Byington had authority to control and direct the plaintiff and the plaintiff's helper, which questions were rightly disposed of by the trial court. Carlson v. United Engineering & Contracting Co., 113 App. Div. 371, 98 N. Y. Supp. 1036; Hurley v. Olcott, 134 App. Div. 631, 636, 119 N. Y. Supp. 480. The judgment and order are therefore unanimously affirmed, with costs.

GORMAN, Respondent, v. LE ROY, Appellant. (Supreme Court, Appellate Division, Second Department. May 28, 1915.) Action by Agnes J. Gorman, an infant, by Margaret J. Gorman, her guardian ad litem, against H. M. Le Roy. No opinion. Order reversed, with $10 costs and disbursements, and motion for change of venue to Sullivan county granted, without costs. See Pinkus v. United Cloak & Suit Co., 124 App. Div. 535, 108 N. Y. Supp. 932.

GORMAN, Respondent, v. LE ROY, Appellant. (Supreme Court, Appellate Division, Second Department. May 28, 1915.) Action by Margaret J. Gorman against H. M. Le Roy. No opinion. Order reversed, with $10 costs and disbursements, and motion for change of venue to Sullivan county granted, without costs. See Pinkus v. United Cloak & Suit Co., 124 App. Div. 535, 108 N. Y. Supp. 932.

GOULD v. GOULD. (Supreme Court, Appellate Division, First Department, May 28, 1915.) Action by Kathrine C. Gould against Howard Gould. No opinion. Motion denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1114.

GOWLAN, Respondent, v. McNULTY BROS., Appellants, et al. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Ellen Gowlan, as administratrix, against McNulty Bros., impleaded with others. I. C. Ramsburg, of New York City, for appellants. H. Potter, of New York City, for respondent. No opinion. Order modified, by granting the particulars required in the third paragraph of the notice of motion, and, as so modified, affirmed, without costs. Order filed.

GRACE, Appellant, v. TOWN OF NORTH HEMPSTEAD, Respondent. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Action by Lillius Grace against the Town of North Hempstead. No opinion. Motion granted. Security fixed at $5,000. Settle order before Mr. Justice Stapleton. See, also, 152 N. Y. Supp. 1114.

In re GRADE CROSSING COM'RS OF CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) In the matter of the application of the Grade Crossing Commissioners of the City of